| | |
|---|---|
| Angela Spann-Matthew a/k/a Angela Matthews<br>United States of States of America,<br><br>Man; Claimant,<br>U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates,2006-RP2<br>60 Livingston Ave (EP-MN-WS3D)<br>St Paul, MN 55107<br><br>Dale E. SLAMBROOK<br>P.O. Box 609<br>Moncks Corner S.C. 29461<br><br>Brock & Scott, PLLC<br>3825 Forrestgate, Dr<br>Winston Salem, NC 27103<br><br>Brook Dangerfield S.C. Bar 77912<br>3800 Fernandina Road, Suite 110<br>Columbia, SC 29210<br><br>PPH MORTGAGE SERVICER/NEWREZ<br>1 MORTGAGE Way<br>Mt. Laurel NJ 08054<br><br>Leonard Berry<br>1310 Edward Dr<br>Moncks Corner SC 29463<br><br>AAMES Funding Corporation d/b/a AAMES Home Loan<br>3347 MICHELSON DRIVE, SUITE 300<br>IRVINE, CALIFORNIA 92612<br><br>Chad W. Burgess<br>3800 Fernandina Road, Suite 110<br>Columbia, SC 29210 | State Case No. 2021-CP-0802599<br>B&S NO: 2108916<br><br>Claim of Damages for the trespass:<br><br>**Administering Property without Right**<br><br>Trespass Pursuant to 42 USC §1983.<br><br>Administrative Procedures Act 91946).<br><br>Privacy Act 5 U.S.C. 551-552<br><br>Bill of Rights: Articles(s) The First and Fifth (Verified) HEARING DEMANDED |

The Kingdom of Heaven; Ethereal Justice Department presents notice:
**Claim for relief/ and restitution.**

RECEIVED USDC CLERK, COLUMBIA, SC 2023 APR 10 PM 1:06

I, a man; on the land of South Carolina Republic; Angela: hereinafter i/Claimant; move this court to enter an order of INJUNCTION:

1. Man, woman, or person named above as Respondent(s) trespass upon my property under color of law.
2. The causal agent trespass is Deprivation of Rights under color of law **Administering Property without right** resulting in removal of $6,420,000.00 of property damage.
3. This case is in law/equity, arising under this Constitution and the laws of the United States. [Article the Fourth and Fifth of the Bill of Rights]
4. Claimant(s) is suing for protection of federally guaranteed civil rights.
5. Claimant(s) is prejudiced in the state courts.
6. This trespass began on December fifteenth two thousand twenty-one and continues still today March twenty fourth two thousand twenty-three.
7. I require injunctive relief/restitution for the initial and continual trespass upon my property.
8. I wish for the immediate restore of property and its monetary value in equivalent.

I say here and will verify in open court that all herein be true.

*Angela: Spann*

BY Angela: Spann

The Kingdom of Heaven; Ethereal Justice Department Presents:

### Facts of the case

What I say all herein is true and will verify in open Court here in be true.

At all times relevant to this case, the trespassers act as or on behalf of Debt Collectors (1). Where one is mentioned as styled in this case, other Respondent(s) are included as or through Debt Collectors Agents [Cf. 15 U.S.C. 3s 1962€, 15 U.S.C. ss 1962a (6). [Emphasis Added]]

At all times relevant to this case i; we; man; Claimant(s); is in lawful possession of our property.

In Truth and Fact There is no contractual relationship between Respondent and Claimant.

In Truth and Fact Claimant has never given consent to sue.

In Truth and Fact Respondent(s) came in to act as a debt collector yet has not expressed written consent to communicate with Claimant about any debt.

In Truth and Fact On the 17 day of December Angela was enjoying her life peacefully and in sound mind when a harassing letter began the interference with Angels God given authority to be left alone which is a "constitutionally protected rights" known as The Fifth Amendment of the Bill of Rights.

In Truth and Fact that claimant(s) have exhausted every equitable remedy and it has been ignored by the FICTIONAL attorney and FICTIONAL court system.

In Truth and Fact: The interference on Claimant(s) private property was interfered on December ninth two thousand twenty-one (12/09/2021) beginning by way False Identity committed by Brock & Scott PLLC pursuant to 1 USC § 1.

In Truth in Fact: Brock & Scott made the unrighteous decision to send a security in the postal service addressed to the Ruth Spann without a prior contract to communicate with anyone of the Spann lineage, nor without written permission. (EXHIBIT A)

In Truth and Fact: Brock & Scott threatened claimants with their unholy intentions to "commence a foreclosure" and "attempt to collect a debt" from a child of God who was granted shelter in the will of God (Yah) and who cannot possibly owe a debt.

Revelation to you: This private dwelling was gifted to Angela Spann-Matthew's a/k/a as Angela of the Spann family as it was aligned in the Will of Eloheem to receive it.

Revelation to you: Nothing pertaining to the land possessed known as 184 Harley Circle Cross has no claims to be a form of "real property" in fictional statutory, or codified terms nor in reality of the Kingdom of Heaven.

In Truth and Fact: Claimant(s) attempted to remedy themselves the way they knew how by way of Accepting for Value the debt to PPH MORTGAGE SERVERS, there PPH Mortgage Server and the company never return the coupon Respondent(s) intentions to follow through with the unrighteous decision to attempt to harass, fear-monger, and threaten a private child of YAHWEH out of the private dwelling that was aligned in the Will of YAHWEH to have.

Revelation to you: According to the USPS Certified mail receipt no. EJ305134824US received on 10/16/2021; PPH MORTGAGE SERVERS ACCEPTED the negotiable instrument sent, without settling the account. By way of paperwork, they ignored my remedy, but have failed to return the presumably rejected instrument.

In Truth and Fact: Claimant(s) continued to attempt to stop the harassing, threatening, and fear-mongering letters being presumably directed to Angela of the Spann family and delivered a Conditional Acceptance letter being the claimant(s) do not have a contract with PPH Mortgage Servicer

In Truth and Fact: Around November 23,2021, Claimant(s) received another letter in response to Claimant(s) attempts to remedy themselves. The letter received was noted being from PHH MORTGAGE Services stating the Respondent(s) intentions to continue to further threatening and harassing Claimant(s) in attempt to illegally, unlawfully, and unrighteously push a CHILD OF ELOHEEM from their home aligned to them by El.

Revelation to you: No FICTION can own anything. One would have to be a part of the Holy Spirit in flesh and blood man to be able to enjoy the benefits that eloheem has aligned for his creations that continue to seek the kingdom of heaven.

Revelation to you: BANKS cannot loan money as they are the borrowers. In all reality there was a "loan" given to AAMES FUNDING CORPORATION by way of Ruth Spann acting a co/trustee alongside AAMES FUNDING CORPORATION who then was able to pull the credits from Ruth's TRUST ACCOUNT created by the registrar on behalf of Ruth Spann existence. Until now I have come to know that Ruth Spann credit has not been PROPERLY and TRUTHFULLY accounted for and was stolen by AAMES FUNDING CORPORATION.

In Truth and Fact: With the fiduciary powers AAMES FUNDING CORPORATION took by running the credit application, Ruth of the Spann family was to be credited roughly 25,000.00 thousand dollars and the returns should have also been directed to Ruth; AAMES FUNDING then used language fraud, identify theft, and Claimant(s) lack of knowledge, STOLE Ruth of the Spann family(ies) credits and tricked Ruth into thinking the Claimant(s) somehow owed AAMES FUNDING for something the Claimant(s) funded and co-signed on.

Revelation to you: AAMES FUNDING owes Ruth of the Spann Family the initial amount credited, plus the return on the loan was given to the bank, plus all payments that were mistakenly paid to AAMES FUNDING and PHH MORTGAGE SERVICES out of a mistake of ignorance and language fraud that was an act of dishonor from AAMES FUNDING CORPORATION.

Equity will not suffer a wrong to be without a remedy

In Truth and Fact: DALE E. VAN SLAMBROOK the Trustee over the County who was supposed to "sell" our private dwelling place, has not attempted to help or remedy the savage behavior of these fictions but instead coercion.

In Truth and Fact: Again, around April 08, 2021, Claimant(s) attempted to remedy themselves again by sending A second conditional acceptance. PHH MORTGAGE SERVICES which referred to the attempts as illegitimate and informed claimant(s) that they will not respond nor provide me with the necessary documents (although they never have) in results to anything else claimant(s) would have on the matter.

Therefore, this began to cause a continuous emotional injury to Angela whom is the Heir to the Estate at question. These tactics have been causing an annoyance and a nuisance to Claimant(s) persons.

In Truth and Fact: around September 15, 2022, Claimant(s) sent Respondents(s) "Final Assessment and Tender of Instrument". Which received no response as acquiescence they agreed to everything stated therein.

In Truth and Fact: On January 4th,2023 claimant(s) noticed a claim of ACCEPTANCE OF THE DEED by AFFIDAVIT to the public.

In Truth and Fact: On Feb 1,2023 DALE E. VAN SLAMBROOK illegally "sold" land to Leonard Berry another party, whom they had no authority over the property to do so, whom lawfully cannot come to take possession over something that was unlawfully sold to him.

Revelation to you: This situation has interfered with claimant(s) anxiety and caused much depression as they have to worry about the home that was aligned in the WILL OF ELOHEEM for claimant(s) to enjoy and benefit from a peaceful and joyous life.

**Equity aids the vigilant not the indolent**

**leviticus 23:23-25**

In Truth and Fact: Claimant(s) received a "summons" in the mail from U.S. BANK which began to make claimant(s) heart palpitate as the holy spirit began to get disturbed by the unrighteous, savage behavior of a FICTIONAL ACTOR BROCK & SCOTT PLLC

Galatians 5:22-23  22 love, joy, peace, longsuffering, gentleness, goodness, faith,

23 Meekness, temperancy: against such there is no law.
Revelation to you Angela of the Spann family, ones who urging the Spirit, urgeth nothing but that which the Law commandeth, he showeth that he requireth not that liberal and outward obedience, but spiritual, which proceedeth not from the Law, but from the Spirit of Christ, which doth beget us again, and must and ought to be the ruler and guider of life.
Revelation to you: Anyone who goes against the laws of eloheem are indeed possessed by a demon; serving the devil.

In Truth and Fact: Angela went through a traumatic and life changing experience coming to the actualization that ELOHEEM gave Angela dominion over the earth, and all debts owed can never be applied to a private people and these FICTIONAL gangsters continued to threaten her and her safety, sanity, health, and livelihood.

In Truth and Faith: The continued harassing letters trying to demand a child of God (Eloheem) to pay a fee for something she was granted dominion over since before her ancestors were born, language fraud, and swindles are all acts of DISHONOR and need to be addressed and CORRECTED to move in HONOR, EQUITY, and ALIGNMENT WITH THE WILL OF ELOHEEM.

In Truth and Fact: March 20th, 2023, the damages still continue against claimant(s).

In Truth and Faith: Angela is NOT a U.S. Citizen and Angela is considered a non-citizen NATIONAL who allows the FEDERAL government to exercised sovereignty.

In Truth and Fact: Angela is a child of her creator; and any claims to a title other than the one God gave her; I AM, would be an abomination to her creator. Angela has no citizenship status which the Department of Homeland Security can verify and has not subscribed to the fictious realm of man.

Revelation to you: Angela is living in the State of Peace with her Father in the Kingdom of Heaven, where he gives his children the Authority and Dominion to govern themselves.

Revelation to you: God has not given the Respondent(s) authority over any of his children, and if one wants to claim their authority and power over a child of God, one will need to produce the record of the proof to the claim where GOD has given any man authority over another.

In Truth and Faith: Respondent(s) are citizens and employees of the STATE OF SOUTH CAROLINA.

In Truth and Faith: There is an obvious diversity in this case, that cannot be solved in the lower court.

TRUTH IN FACT: The case involves 42 USC 1983 violations under the first and fifth amendments and attempt of violating the fourth amendment of the Bill of Rights by Public Agents.

TRUTH IN FACT: Respondent(s) still have my private information out in the public sector without compensating for the use of; as well as committing a forgery as they are alleging to have sold a home, they do not have possession of and have not compensated claimant(s) justly.

TRUTH IN FACT: Respondent(s) refuse to act in Equity and Honor by the way of alignment with our creator God (Yah) which I am bond to but would rather interfere with my enjoyment of life and liberty by way of Laws of Man and Admiralty which I have not subscribed to.

To this day I am still suffering from the initial deprivation of rights and will continue until justice is served on behalf of Eloheem children.

### COUNT 1 Defamation [cf. 28 U.S. Code § 4101(1)]

The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

**Elements are:**

    1. Claimant(s) realleges and restates the foregoing jurisdictional and general factual allegations.

    2. Respondent(s) uttered and published a disparaging statement about the Claimant(s).

    3. The statement was false.

    5. The statement was published with legal malice.

    6. Respondent(s) false statements cause harm and injury to reputation, enjoyment of title and emotional distress of Claimant(s).

Wherefore Plaintiff moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT 2 Abuse of Power

Abuse Of process is a #commonlaw tort that involves the misuse of legal process(es) for an ulterior purpose. Abuse of process is one of several actionable offenses aimed at discouraging bad-faith litigation attempts. Indeed, courts hold the authority to sanction parties for bringing frivolous action, and parties also have a right to action under the claim of malicious prosecution.

For the purposes of abuse of process, an arbitration proceeding is a judicial proceeding. Abuse of process has been described as misusing a "criminal or civil process against another party for a purpose different than the proceeding's intended purposes" and thereby causing the party damages (e.g., arrest, seizure of property, or economic injury).

### Elements of Abuse of Process

1. Claimant(s) realleges and restates the foregoing jurisdictional allegations. Respondent(s) illegally use the [Dispossessory Action] process which allows for

2. proper service by [posting on the subject property/mailing/email]

3. Respondent(s) used this process with the ulterior motive of [perfecting their forged title under the guise of a legitimate sale].

4. Respondent(s) action causes intentional infliction of emotional distress, interference with the exercise of religion, opportunity loss and costs of having to defend their claim.

Wherefore Claimant(s) moves this court to enter an order for money damages against Respondent(s) jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT THREE Intentional Interference

Plaintiff must prove the elements of the claim rather than on the defendant to prove that its acts were justified. To prevail on the claim, plaintiff must prove four elements:

(1) Respondents had a valid contract existed,

(2) Respondents gained/had knowledge of the contract,

(3) Respondents acted intentionally and improperly, and

(4) Claimant(s) was injured by the defendant's actions. United Truck Leasing Corp. v. Geltman, 406 Mass. 811, 812, 551 N.E.2d 20 n. 6 (Mass. 1990).

### Elements of Interference

1. Claimant(s) realleges and restates the foregoing jurisdictional allegations.

2. Prior to Respondent(s) acts complained of Claimant(s) was lawfully and peaceably enjoying the subject property.

4. Respondents had knowledge due to notice by Claimant.

5. Respondent(s) intentionally used their public position to interfere with Claimant(s) peaceable enjoyment of the subject property without lawful justification.

6. Claimant is injured by emotional, psychological, and financial stress.

Wherefore Claimants(s) moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

### COUNT FOUR Trespass

**Leonard Berry/U.S. Bank/Dale E. Slambrook/Brock& Scott PLLC/Brook Dangerfield/PHH Mortgage/Chad W. Burgess/AAMES FUNDING CORPORATION** Trespass [to land] involves the "wrongful interference with one's possessory right in [real] property." It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the Wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior possessory rights or lawful necessity.

**Elements of Trespass:**

1. Respondents interfered with my possessory rights by refusing remove Claimants private property from the public record.

2. This trespass causes, annoyance, mental and emotional stress, and anxiety because public agents use the false record to administer Claimants private property for public use without compensation as well.

4. This trespass damages my right to peaceful enjoyment of my property.

4: This trespass has caused damage to the relationships between our family and our community.

Respondent(s) claim to have a right to my property based on the presumption that it was within their public jurisdiction. However, Respondent is/are willing or unable to prove this presumption. Without a valid contract the Respondent has no right to remove myself, my materials or personal property from my property. Interfere with my lawful possessory rights to enjoy my property which is trespass by way of deprivation of rights.

### COUNT FIVE FORGERY

There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

(1) A person must make, alter, use, or possess a false document....

(2) The writing must have legal significance. ...

(3) The writing must be false. ...

(4) Intent to defraud.

**Elements of forgery**

Count 1. Claimant realleges and restates the foregoing jurisdictional and Facts of the case allegations.

Count 2. Respondent(s) used a false instrument purported to be a [SUMMONS].

Count 3. Such an instrument is typically used by a lawful owner of property to invoke the legal powers of a court of competent jurisdiction.

Count 4. The instrument is a nullity because it is not for the intent of what it alleges to be.

Count 5. Respondent(s) intends to use this INSTRUMENT to defraud Claimant.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## Conclusion

The claimant clearly shows that the Respondents acted jointly and severally and violated their lawful obligations to protect life and property through the enforcement of laws & regulations. as well as act unlawfully to willfully defraud the Claim.

**JURISDICTION**

The nature of the claim is within the jurisdiction of this court because it is more than $20/Federal question/Diversity of citizenships. Claimant is a man that lives in the State of Peace: Kingdom of Heaven and Respondent are Resident Persons of the STATE OF SOUTH CAROLINA

**DEMAND FOR JURY TRIAL**

Claimant hereby demands a jury trial on any cause of action with respect to which there is a right to jury trial.

**RELIEF REQUESTED**

1. Compensatory damages in the amount of $6,420.000 USD. For the harm of this fiasco leading to anxiety and heart palpitations due to the mental stress caused by the harassing letters and threats. The claimant cries every night and experiences deep depression due to anxiety. This contributed to several thousand dollars and thousand hours and much financial stress for seeking counsel and various lawful defenses to their continuous harassment. Although no monetary value can erase passed stresses upon Claimants mental or physical health, it can at least alleviate the present ones caused by Respondents trespass. chaos, suffering and transferring mental and emotional stress caused from Respondents actions in this case, the Claimant is in emotional pain and damaged.
2. A permanent injunction directing and ordering Respondents not to further harass or deprive rights without her express consent or other valid authorization.
3. Ejectment of all documents referencing trespassers' claims.
4. An award of such further and additional lawful and equitable relief as the Court deems just and proper.

i say all herein is true and will verify in open Court.

_Angela: Spann_

By: Angela: Spann

316 Blakley CT
Lyman South Carolina
29365