RECEIVED
SC CLERK CHARLESTON
2024 AUG 27 AM 8 59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ANGELA NOLAN,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, 2006-RP2; BROCK & SCOTT, PLLC; PHH CORPORATION; LEONARD BERRY; and AAMES FUNDING CORPORATION d/b/a AAMES Home Loan,<br><br>Defendants. | **PLAINTIFF'S STATEMENT REGARDING MEDIATION**<br><br>Civil Action No.:<br><br>2:23-cv-01443-RMG-MGB |

**COMES NOW**, Plaintiff ANGELA NOLAN (hereinafter referred to as "Plaintiff"), who pursuant to this Court's April 29, 2024 Scheduling Order (Entry No. 38), hereby submits this Statement regarding Mediation:

1. Plaintiff is in possession of the mediation requirements;

2. Plaintiff is available for mediation; and

3. Plaintiff has reached out to Opposing Counsel via phone on August 23, 2024 in an effort to coordinate a Mediation prior to the Court's September 27, 2024 deadline.

Plaintiff reserves the right to amend this Statement at any time prior to trial should additional or updated information be made available which necessitates amendment.

1

Dated: August __24__, 2024.        Respectfully submitted,

*Angela Nolan*
Angela Nolan
316 Blakley Court
Lyman, South Carolina 29365
Ph.: 1.843.964.1336
Email: 2021.ANOLAN@gmail.com
*Pro Se Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via US Mail to the parties listed below, on this __24th__ day of August 2024.

*Angela Nolan*
Angela Nolan

Service List:

Jason D. Wyman
WOMBLE BOND DICKINSON (US) LLP
550 South Main Street, Suite 400
Greenville, South Carolina 29601
Email: Jason.Wyman @wbd-us.com

*Counsel for Defendants*

2